# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Waco Division

Bankruptcy Case No.: 24–60670–mmp

Chapter No.: 7

IN RE: **Terry Mack Hash and Karen Lynn Hash**
, Debtor(s)

Adversary Proceeding No.: 25–06001–mmp

Judge: Michael M Parker

**Brenda Keily**
Plaintiff

v.

**Karen Lynn Hash**
Defendant

---

## ORDER TO SEEK DEFAULT

It appearing to the Court that summons has been executed on the following Defendant(s):

**Karen Lynn Hash**

**IT IS THEREFORE ORDERED** that pursuant to L. Rule 7055–1 a Plaintiff seeking default under Fed. R. Civ. P. 55(a), made applicable in bankruptcy proceedings by Fed. R. Bankr. P. 7055, shall file a Request for Clerk's Entry of Default within 30 days after expiration of a defendant?s time to answer, appear, or otherwise defend against a complaint. Failure to do so may result in dismissal for want of prosecution without further notice.

**IT IS FURTHER ORDERED** that within 30 days after a Clerk's Entry of Default, a Plaintiff shall seek a default judgment under Fed. R. Civ. P. 55(b), made applicable in bankruptcy proceedings by Fed. R. Bankr. P. 7055. Failure to do so may result in dismissal for want of prosecution.

Dated: 3/12/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court