June 3, 2025

Karen Hash
1277 HCR 3138 N
Hillsboro, TX 76645
(512) 785-3715
tkhash@hotmail.com

**FILED**

**JUN 09 2025**

U.S. BANKRUPTCY COURT
BY_____Dh_____DEPUTY

United States Bankruptcy Court
Western District of Texas
Waco Division
800 Franklin Ave #140
Waco, Tx 76701

Attention : Barry Knight
              Clerk, U.S. Bankruptcy Court

RE: Bankruptcy Case No. 24-60670-mmp    Chapter No. 7
    Adversary Proceeding No. 25-06001-mmp
    Order to Seek Default    Judge Michael M. Parker
    Brenda Keily Plaintiff v. Karen Lynn Hash Defendant

Mr. Knight

I am responding to a Order to Seek Default dated 05/27/2025 I received from your office today. First my apologies for any tardiness on my part in responding to any correspondence from your office concerning this matter. Everything was forwarded to my bankruptcy attorney Tyler Sims but I was instructed no action on my part was necessary since I was never served any papers by the Plaintiff. However I was compelled to reach out to you because of the length of time this has been ongoing. If you will allow me I would like to explain my position. The original complaint filed by the Plaintiff was done on February 3, 2025 during the last 4 hours of my Creditors waiting period of 60 days. The complaint was filed incomplete and several items left blank including the dollar amount they were claiming. Mainly because Plaintiff has never been awarded by any court that I legally owe Plaintiff anything; I have never been charged with any crime and their accusations are strictly their opinion and has no basis. Procedure also states

they have 7 days to serve me papers , to this date I have never been served papers of any kind from the Plaintiff. Their deadline would have been February 11, 2025 which is more than 112 days ago which puts them in violation . I received an Order to Seek Default letter from your office dated March 12, 2025 giving a deadline of 30 days which would have been April 11, 2025. My attorney told me no action was needed on my part and this was directed to the Plaintiff to respond. No contact of any kind was ever made by the Plaintiff or her attorney nor papers served. The third notification I received was the Alias Summons in Adversary Proceeding date April 11, 2025 deadline being May 23, 2025 (35 days). Mr. Sims and attorney Frank Lyon contacted the bankruptcy clerk office and confirmed I was never served papers and no contact was ever made by the Plaintiff . In the meantime their last resort filing has turned into a very stressful situation for me to return to normalcy . I can not purchase house insurance or purchase a car to get to work everyday without discharge papers from my bankruptcy to mention just a couple. I have received a threatening letter from the Plaintiff and been accused of criminal actions in which they have no evidence or investigation whatsoever. This has been nothing more than harassment fom the Plaintiff and resulted in a financial ruin for me . I pray the court will dismiss this complaint without prejudice and grant my Bankruptcy Discharge. I have enclosed all of my contact information if there is anything further you might need.

Respectfully,

*Karen Lynn Hash*

Karen Lynn Hash