# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24–60670–mmp

Chapter No.: 7

IN RE: **Terry Mack Hash and Karen Lynn Hash**
, Debtor(s)

Adversary Proceeding No.: 25–06001–mmp

Judge: Michael M Parker

**Brenda Keily**
Plaintiff

v.

**Karen Lynn Hash**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    Waco Bankruptcy Courtroom No. 1, 800 Franklin Ave., Ste. 160, Waco, TX 76701

on    **7/15/25  at  02:00 PM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E–MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.) (related document(s): 15 Motion to Extend Time For Extension of Time to Obtain Legal Counsel and Comply with Scheduling Order, Filed by Defendant Karen Lynn Hash.) Hearing Scheduled For 7/15/2025 at 2:00 PM at Waco Bankruptcy Courtroom 1. (Castleberry, Deanna)

Dated:  6/23/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (AP)] [NtchrgAPap]