UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**FILED**
JUL 01 2025
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

Bankruptcy Case No. 24-60670-mmp
Chapter No: 7

**IN RE: Terry Mack Hash and Karen Lynn Hash**
Debtor(s)

**Karen Lynn Hash**
Debtor

V

**Brenda Keily**
Plaintiff

Adversary Proceeding No. 25-06001-mmp

Defendant's Order Requiring Statement Regarding Consent to entry of final orders and a final judgement by the court (an article I Bankruptcy Judge) in this Adversary Proceeding.

Karen Lynn Hash hereby consents to the Bankruptcy's Court's final orders and a final judgement by the court in this Adversary Proceeding.

Dated : June 30, 2025

Respectfully Submitted,

Karen Lynm Hash
1277 HCR 3138 N
Hillsboro, Tx 76645
(512) 785-3715
tkhash@hotmail.com

## CERTIFICATE OF SERVICE

I do hereby certify that on June 30, 2025 , a copy of the above and foregoing was served by first class mail to the parties listed below or attached hereto:

Thomas G. Kemmy, Kemmy Law Firm P.C./ tom@kemmylaw.com
State Bar No. 11254600
924 N Main Ave
San Antonio, Tx 78212
(210) 750-1019

Tyler Sims, Sims Law PLLC / ecf@.simslawpllc.com
600 Austin Ave Ste 23
Waco, TX 76701
(254)304-7161

James Studensky / jstudensky.trustee@outlook.com
3912 W. Waco Dr.
Waco, Tx 76710
Bankruptcy Trustee