Clayton L. Everett | State Bar No. 24065212
Norred Law, PLLC | 515 E. Border St. | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Defendant

# United States Bankruptcy Court
## Western District of Texas
### Waco Division

| | |
|---|---|
| **In re: Karen Lynn Hash** <br> Debtor(s) <br><br> **Brenda Keily,** <br> Plaintiff(s) <br> **v.** <br><br> **Karen Lynn Hash** <br> Defendant(s) | **Case No. 24-60670-mmp** <br><br> **Chapter 7** <br><br><br> **Adversary No. 25-06001-mmp** |

## NOTICE OF APPEARANCE AND DEMAND FOR PAPERS

PLEASE TAKE NOTICE that pursuant to Rules 2002, 9007, and 9010(b) of Federal Rules of Bankruptcy Procedure, the law firm of Norred Law, PLLC., through its undersigned member, Clayton L. Everett, files this Notice of Appearance as counsel for Defendant, Karen Lynn Hash, and respectfully requests that all notices given or required to be given and all papers served or required to be served in these proceedings, be served upon the undersigned at the contact information below:

**NORRED LAW, PLLC**
Clayton L. Everett
515 E. Border St.
Arlington, Texas 76010
Email: clayton@norredlaw.com
Telephone: (817) 704-3984

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Demand for Papers is without prejudice to Karen Lynn Hash's rights, remedies, claims, actions, defenses, in

law or equity, against Debtor(s) or Plaintiff(s) or any other entities in this case, and any objection which may be made to the jurisdiction of the Court is expressly reserved and jurisdiction of the Court shall not be deemed or construed.

Respectfully submitted:

By: __/s/ Clayton L. Everett____
    Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
NORRED LAW, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have this July 8, 2025 served a true and correct copy of the above notice via ECF upon all parties receiving notice through the ECF system.

*/s/ Clayton L. Everett*
Clayton L. Everett