# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24−60670−mmp

Chapter No.: 7

IN RE: **Terry Mack Hash and Karen Lynn Hash**, Debtor(s)

Adversary Proceeding No.: 25−06001−mmp

Judge: Michael M Parker

**Brenda Keily**
Plaintiff

v.

**Karen Lynn Hash**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   Waco Bankruptcy Courtroom No. 1, 800 Franklin Ave., Ste. 160, Waco, TX 76701

on   **1/13/26 at 02:00 PM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E−MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.) (related document(s): 62 Motion TO DETERMINE TRIAL ISSUES AND TO EXCLUDE UNTIMELY EXPERT TESTIMONY Filed by Clayton L Everett for Defendant Karen Lynn Hash. Hearing Scheduled For 1/13/2026 at 2:00 PM at Waco Bankruptcy Courtroom 1. (Castleberry, Deanna)

Dated:  12/16/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (AP)]** [NtchrgAPap]

United States Bankruptcy Court

Western District of Texas

Keily,
    Plaintiff

Hash,
    Defendant

Adv. Proc. No. 25-06001-mmp

# CERTIFICATE OF NOTICE

District/off: 0542-6     User: admin     Page 1 of 2
Date Rcvd: Dec 16, 2025     Form ID: 137     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Brenda Keily, 204 Windridge Drive, Niederwald, TX 78640-9700 |
| dft | + Karen Lynn Hash, 1277 HCR 3138 N, Hillsboro, TX 76645-7431 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clayton L Everett | on behalf of Defendant Karen Lynn Hash clayton@norredlaw.com<br>warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| James Studensky | jstudensky.trustee@outlook.com ecf.alert+studensky@titlexi.com |
| Thomas G. Kemmy | on behalf of Plaintiff Brenda Keily michelleg@kemmylaw.com |
| Warren V. Norred | on behalf of Attorney Warren Norred warren@norredlaw.com<br>wnorred@norredlaw.com;clayton@norredlaw.com;angela@norredlaw.com |

Warren V. Norred
on behalf of Defendant Karen Lynn Hash warren@norredlaw.com
wnorred@norredlaw.com;clayton@norredlaw.com;angela@norredlaw.com

TOTAL: 5