Warren Norred, Texas State Bar No. 24045094
Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Defendant

# United States Bankruptcy Court
### Western District of Texas
### Waco Division

| | |
|---|---|
| **In re: Karen Lynn Hash**<br>　　　　　Debtor(s) | **Case No. 24-60670-mmp**<br><br>**Chapter 7** |
| **Brenda Keily,**<br>　　　　　Plaintiff(s)<br>**v.**<br>**Karen Lynn Hash**<br>　　　　　Defendant(s) | **Adversary No. 25-06001-mmp** |

## NOTICE OF WITHDRAWAL OF NOTICE OF HEARING [ECF NO. 73]

COMES NOW, Karen Lynn Hash ("Defendant"), and gives notice to all parties of the withdrawal of the *Notice of Hearing* [ECF No.73] filed on January 20, 2026.

| | |
|---|---|
| DATED: January 20, 2026. | Respectfully submitted:<br><br>NORRED LAW, PLLC<br><br>By: __/s/ Clayton L. Everett<br>Clayton L. Everett<br>Texas State Bar No. 24065212<br>clayton@norredlaw.com<br>515 E. Border St., Arlington, Texas 76010<br>Telephone: (817) 704-3984<br>Attorney for Karen Lynn Hash |

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, a true and correct copy of the above notice was served on all parties receiving notice via the Court's ECF system, including the party below:

　　　　　　　　　　　　　　　　　*/s/ Clayton L. Everett*
　　　　　　　　　　　　　　　　　Clayton L. Everett