# United States Bankruptcy Court
## Western District of Texas
### Waco Division

| | |
|---|---|
| **In re: Karen Lynn Hash** | **Case No. 24-60670-mmp** |
| Debtor(s) | |
| | **Chapter 7** |
| **Brenda Keily,** | |
| Plaintiff(s) | |
| **v.** | |
| | **Adversary No. 25-06001-mmp** |
| **Karen Lynn Hash** | |
| Defendant(s) | |

## WARREN V. NORRED'S RESPONSE TO THIRD ORDER TO APPEAR AND SHOW CAUSE

TO THE HONORABLE MICHAEL M. PARKER,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, **Warren V. Norred**, and respectfully submits this Response to the Court's *Third Order to Appear and Show Cause* entered May 22, 2026 (ECF No. 80), and would respectfully show the Court that the undersigned has complied with all of the terms of the Court's *Sanctions Order* (ECF No. 48). Certificates of Completion representing more than three hours of ethics CLE completed by the undersigned are on file as ECF No. 81, and a Cashier's check for the amount of $500 was issued and mailed to the Court on May 26, 2026.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court withdraw its order for him to appear before the Court on June 16, 2026 at 2:00 pm.

Respectfully submitted,

**/s/ Warren V. Norred**
Warren V. Norred, TBN 24045094, warren@norredlaw.com
Norred Law, PLLC; 515 E. Border St.; Arlington, Texas 76010
(817) 704-3984
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that I have this June 11, 2026 served a true and correct copy of the above notice via ECF upon all parties receiving notice through the ECF system.

/s / *Warren V. Norred*
Warren V. Norred